FILED

February 3, 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Plaintiff's Name DEVIN E SHAFFER
Prisoner No. DZN 016 24025511
Institution SANTA CLARA COUNTY
MAIN JAIL
150 W HEDDING ST
SAN JOSE CA 95110

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DEVIN E. SHAFFER
*(Enter your full name)*
v.
SEE DEFENDANT LIST

*(Enter the full name(s) of all defendants in this action)*

Case No. 5:25-cv-01069-NC
*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement SANTA CLARA COUNTY MAIN JAIL

**B.** Is there a grievance procedure in this institution? ☒ YES ☐ NO

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES ☐ NO

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: SEE ATTATCHED FORMS

2. First formal level:

3. Second formal level: ______________________

4. Third formal level: ______________________

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
SEE ATTATCHED FORMS

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

B. For each defendant, provide full name, official position and place of employment.
SEE ATTATCHED FORMS

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.
SEE ATTATCHED FORMS

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

SEE ATTATCHED FORMS

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1/12/25
Date

Signature of Plaintiff

PLANTIFF
DEVIN SHAFFER
VS.
DEFENDANTS.
(SEE DEFENDANT LIST)

ORIGINAL
COMPLAINT
42 U.S.C. 1983, 1985, 1986

1/12/25

COMES NOW, PLANTIFF, DEVIN SHAFFER WITH COMPLAINTS 42 U.S.C 1983, 1985, 1986 AGAINST LISTED DEFENDANTS.

## JURISDICTION

PLEASE LET PLANTIFFS COMPLAINT BE HEARD IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, ALL MENTIONED COMPLAINTS FALLING UNDER 42 U.S.C. 1983 TAKE PLACE AT SANTA CLARA COUNTY MAIN JAIL WHERE PLANTIFF DEVIN SHAFFER IS AN INCARCERATED INMATE. ALL COMPLAINTS LISTED IN 42. U.S.C. 1985, 1986 TAKE PLACE WITHIN SANTA CRUZ, MONTEREY, AND SANTA CLARA COUNTY'S.

## COMPLAINTS

PLEASE SEE FOLLOWING ATTATCHED COMPLAINT FORMS IN DETAIL.

## PRAYER FOR JUDGEMENT

1 PRELIMINARY AND PERMENANT INJUNCTIONS AGAINST ALL LISTED DEFENDANTS TO STOP THIER ACTIONS LISTED IN COMPLAINTS AND

ANY FURTHER VIOLATION OF PLANTIFFS FEDERAL RIGHTS.

2. FOR COMPENSATORY AND PUNITIVE DAMAGES IN AN AMOUNT TO BE DETERMINED ACCORDING TO PROOF AT TRIAL

3. FOR REASONABLE ATTORNEYS FEES OR WAIVER OF PURSUANT TO 42 .U.S.C. 1988

4. FOR COST OF SUIT INCURRED IN THIS ACTION

5. FOR SUCH OTHER AND FURTHER RELIEF THE COURT DEEMS PROPER.

I, PLANTIFF, DEVIN SHAFFER, HEREBY DECLARE ALL ATTATCHED DOCUMENTS, STATEMENTS, AND REQUESTS, UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 1/12/25.

[signature]

PLANTIFF, DEVIN SHAFFER 01/12/25

V.S.

DEFENDANTS

CORRECTIONAL OFFICERS OF SANTA CLARA COUNTY SHERIFFS OFFICE SWANSON

DEPUTY'S, BRYANT #11503, WILLIAMS #11189, VILLAMONTES #11046/11096?, VALDEZ #11076, BARRAGAN, SINGH, SOTELO #11058, DIXON, NICHOLAS OREGLEA, LAWRENCE, RICH, RAMERIZ, OERTLE #11068, BALADAD, JHONSON # 10830, CENTENO, BUSCH, BANUELOS, CRUZ # 10551, SOSA, ATCHLEY # 11474, CALDWELL, HERNANDEZ, FLORES, GRANT #1, GRANT #2, IGNACIO, JHON "DOE" OFFICERS

SAN JOSE POLICE OFFICERS OF THE SAN JOSE POLICE DEPARTMENT

JHON "DOE" OFFICERS

SANTA CLARA VALLEY MEDICAL CENTER

NURSES, DRS, DENTISTS

KIRK SHIMAMOTO, TODD TEDESCO, YVONNE MURO, NATALIA PANVISKA, CHRISTOPHER JAY NELSON, PETER PHAN, RICHARD GUERO, LEAO ANTHONY MALLARI, MARILEN BAGUNAS, DULAY HIENRICH, KATHERINE AGUINALDO, CHRIS CHEN, JHON "DOE" NURSES, DR'S, "KELLY", HELEN NGUYEN, "ANDREA"

GOOD SAMARITAN HOSPITAL DR'S AND NURSES

JHON "DOE" DR'S + NURSES

PROBATION OFFICERS OF THE COUNTY OF SANTA CLARA PROBATION DEPARTMENT

SUZANNE REESE, MARIBEL CAMACHO,
LISA CHIVERA

SOCIAL WORKERS OF GARDNER PROGRAM

ANA CASTRO

ATTORNEYS OF SANTA CLARA COUNTY OFFICE OF THE PUBLIC DEFENDER & STATE BAR OF CALIFORNIA

BEN BENELLO

RANDOM INDIVIDUALS OR UNIDENTIFIED SUSPECTS

JASPAL SINGH & JHON "DOE" SUSPECTS

STATE OR GOVERNMENT ENTITIES

SANTA CLARA COUNTY, CITYS OF SAN JOSE, CAMPBELL, SAN JOSE, CAMPBELL POLICE DEPARTMENT, SAN JOSE POLICE DEPARTMENT, SANTA CLARA COUNTY SHERIFF, SANTA CLARA COUNTY PROBATION, SUPERIOR COURT OF CALIFORNIA,

STATE OR GOVERMENT ENTITIES EMPLOYEES

JHON "DOE" JUDGE

PLANTIFF,
VS.
DEFENDANTS,
(SEE DEFENDANTS LIST)

ORIGINAL
COMPLAINT
42 U.S.C. 1983

12/25/24

# EXAUSTION OF ADMINISTRATIVE REMEDIES

TO THE BEST OF MY KNOWLEDGE I HAVE ATTEMPTED TO ADDRESS ALL MY ISSUES OR CLAIMS TO THE HIGHEST LEVEL AT MY FACILITY. I HAD REQUESTED PREVIOUS COPYS IVE FILED BUT WAS UNSUCCESSFULL AT OBTAINING ANY. IF ANY ISSUES ARE MISSING OR NOT AT THE HIGHEST LEVEL IT IS DUE TO THE FACILITY NOT PROCESSING, A LACK OF ACCESSABILITY TO THE PROCESS, OR FROM INTIMIDATION. NO ISSUE IVE BROUGHT FORTH IN THIS COMPLAINT HAS BEEN ADEQUATELY RESOLVED.

| | | |
|---|---|---|
| SEP 5 | G00598859 | PREA |
| SEP 1 | G00098695 | PROPERTY |
| SEP 16 | G00098926 | ABUSE |
| SEP 1 | G00098739 | ABUSE |
| SEP 28 | ——— | COMMISARY |

A.7

ORIGINAL
COMPLAINT
42 U.S.C. 1983

12/23/24

| | | |
|---|---|---|
| SEP 04 | G0098740 | MEDICAL |
| SEP 30 | —— | REQUEST FORMS |
| OCT 1 | G0099267 | DEPUTY INJURY |
| OCT 1 | G0099263 | REQUEST FORMS |
| OCT 1 | G0099262 | COMMISARY |
| SEP 27 | G0099204 | TREATMENT |
| AUG 25 | G0098520 | TITLE 15 |
| SEP 17 | G0098961 | PREA |
| SEP 28 | G0099203 | TOILET |
| SEP 22 | G0099066 | DEPUTY |
| SEP 30 | G0099235 | DEPUTY |
| OCT 1 | G0099266 | SANITY |
| SEP 14 | G0098885 | MEDICAL |
| SEP 21 | G0099064 | FOOD |
| NOV 22 | G0100571 | PREA |
| SEP 18 | G0098972 | CLOTHING |
| DEC 2 | —— | COPY OF GRIEVANC |
| NOV 30 | G0100589 | GASSING |
| DEC 16 | —— | COPY OF GRIEVANC |
| DEC 18 | —— | OPEN COMMISARY |
| DEC 18 | —— | BADGE NUMBER |
| NOV 30 | G0100586 | ITEMS |
| OCT 7 | G009426 | CLASS |
| NOV 2 | G0100042 | SANITY |

A.2

ORIGINAL 12/25/24
COMPLAINT
42 U.S.C. 1983

| | | |
|---|---|---|
| NOV 2 | G0100041 | PROPERTY |
| DEC 9 | G0100854 | PREA |
| NOV 25 | G0100459 | LEGAL ACCESS |
| NOV 19 | G0100347 | FOOD |
| NOV 30 | G0100586 | BEDDING |
| NOV 30 | G0100590 | SPRAY |
| SEP 21 | G0099064 | FOOD |
| NOV 22 | G0100511 | PREA |
| NOV 17 | ———— | COPY OF GRIEVANCE |
| SEP 14 | G0098889 | |

A.3

PLANTIFF
DEVIN [illegible]
VS.
DEFENDANTS,
SEE DEFENDANT LIST

ORIGINAL
COMPLAINT
42 U.S.C. 1983

1/12/25

1 ON 1/09/25 DESPITE TALKING WITH A SERGEANT 4 HOURS PRIOR ADRESSING A GRIEVANCE ABOUT DEPUTYS ENTERING MY CELL WHILE ASLEEP OR WITHOUT KNOCKING, DEPUTY IGNACIO, WHO WAS THERE FOR THE CONVERSATION, OPENED MY DOOR WITHOUT KNOCKING WHILE I WAS ASLEEP TO COLLECT MY TABLET AND GIVE ME LEGAL RESEARCH. I ASKED HIM NICELY IF HE COULD GIVE ME A MINUTE OF PRIVACY TO PUT SOME PANTS ON. THIS PRODUCED A NEGATIVE RESPONSE FROM DEPUTY IGNACIO AS HE SAID "WHAT THE FUCK" I AGAIN EXPLAINED NICELY ABOUT THE SITUATION I JUST TALKED TO THE SERGEANT ABOUT EARLIER. ALMOST EVERY PERSONAL ENCOUNTER IVE HAD WITH DEPUTY IGNACIO HAS BEEN NEGATIVE AND UNPROFESSIONAL AS HE TENDS TO CUSS AND SAY "FUCK" IN RESPONSE TO ME OR MY THINGS.

2 AFTER I PUT MY PANTS ON, I GAVE IGNACIO THE TABLET AND TOOK THE PAPERS HE HAD FOR ME. AT THIS TIME THE OTHER UNIT DEPUTY SHOWED UP AT MY DOOR WHICH IS ODD AS MOST DEPUTYS COLLECT

ORIGINAL COMPLAINT 1/12/25
42 USC 1983

TABLETS BY THEMSELVES, THEY BOTH THEN BEGAN TO LECTURE ME ABOUT COVERING MY WINDOW WHICH I USUALLY ONLY DO DURING PROGRAM AS I AM RIGHT BY THE SHOWER AND IS A HIGH TRAFFIC AREA AND DONT FEEL COMFORTABLE WITH INMATES LOOKING IN MY CELL YET I REMOVE IT WHILE DEPUTYS DO THIER CHECKS AS I DID EARLIER, IT WAS UP ALL PROGRAM AND THEY DID NOT HAVE A PROBLEM, ALTHOUGH NOW THEY DID, I AGREED AND TOLD THEM I WOULD LEAVE IT DOWN AS I NORMALLY DO AFTER PROGRAM.

3 I INTENDED TO THROW MY TRASH OUT AT THIS TIME AS I SOMETIMES DO AS I DONT COME OUT TO PROGRAM FOR SAFTEY CONCERNS. THEY WERE BOTH SHUTING MY DOOR AND I REMEMBERED I NEEDED TO THROW MY TRASH OUT AS IT WAS PILLING UP. I QUICKLEY EXTENDED MY ARM AS MY DOOR WAS ABOUT TO CLOSE TO KEEP IT OPEN AND ASKED IF I COULD TAKE MY TRASH OUT. THIS MUST HAVE UPSET THEM

ORIGINAL 1/12/25
COMPLAINT
42 U.S.C. 1983

GREATLY AS THEY DID NOT ANSWER MY QUESTION BUT TOLD ME TO "DONT EVER PUSH THE DOOR AT THEM" I SAID I WAS SORRY AND JUST TRYING TO KEEP IT FROM CLOSING. THE OTHER DEPUTY SAID NO AND CLOSED THE DOOR AGAIN AS I WAS STILL TRYING TO KEEP IT OPEN BECAUSE WE BOTH FELT THE DOOR WAS BEING PUSHED ON EACH OF US AND HOW THEY WERE ALREADY SWEARING I SAID "WHAT THE FUCK YOU BITCH" IN RETURN AND AT THAT POINT DEPUTY IGNACIO CAME INTO MY CELL AND TWISTED MY ARM BEHIND MY BACK IN AN ARM BAR MANEUVER.

4 IMMEDIATLY AS DEPUTYS ENTERED MY CELL I REALISED MY MISTAKE AND STARTED APOLOGISING. THIS DID NOT STOP THEM FROM USING EXCESSIVE FORCE AND INJURING ME EVEN AS I WAS COMPLYING. DEPUTY IGNACIO WAS BENDING MY ARM BEHIND MY BACK AND CONTROLING ME BY YANKING MY ARM, HE PUSHED ME UP AGAINST A WALL, PULLED ME AWAY FROM IT BY MY ARMS WHICH WERE BOTH BEHIND MY BACK AND TWICE HE BASHED MY

ORIGINAL 1/12/25
COMPLAINT
42 U.S.C. 1983

HEAD AGAINST THE WALL VERY HARD GIVING ME TWO LACERATIONS ON MY FOREHEAD AND A ABRASION UNDER MY EYE.

5 I WAS REPEATEDLY SAYING OUCH, I'M SORRY, PLEASE STOP, OVER AND OVER FROM THE TIME HE BEGAN TWISTING MY ARM, AT MORE THAN ONE POINT I FELT HE WAS GOING TO BREAK MY ARM. AFTER HE BASHED MY HEAD AND BODY AGAINST THE WALL HE BROUGHT ME OUT OF MY CELL AND ALMOST THREW ME ON THE GROUND. HE THREW MY BODY FORWARD WITHOUT LETTING GO AND BEFORE I HIT THE GROUND PULLED ME BACK UP BY MY ARMS. THIS HURT GREATLY, I COULD SEE MY BLOOD DRIPPING ON THE GROUND. HE BROUGHT ME OVER TO A WALL BY THE MODULE DOOR AND PUSHED ME UP HARD AGAINST IT AGAIN, SO HARD MY FACE MADE A HUGE BLOODY IMPRINT ON THE WALL, HE AGAIN TWISTED MY ARM FURTHER BEHIND MY BACK TO WHERE I THOUGHT HE WOULD BREAK IT. HE ALSO PUSHED THE CUFFS SO HARDLY INTO MY ARMS AND BACK IT

ORIGINAL 1/12/25
COMPLAINT
42 U.S.C. 1983

BRUISED MY FOREARMS.

6 AFTER THE INCIDENT MENTAL HEALTH KELLEY CAME TO ASSES ME, I TOLD HER I WAS NOT HOMICIDAL OR SUICIDAL AND FELT FINE AND RELIEVED IT WAS OVER, SHE CAME BACK AND TOLD ME SHE WAS PLACING A HOLD BECAUSE OF MY CELL, WHICH SHE COULDNT EXPLAIN WHAT THAT HAD TO DO WITH A 51/50 HOLD.
I ASKED THE DEPUTYS, SPECIFICALY SWANSON TO PLEASE GRAB ALL MY PAPERS/ BELONGINGS EVEN IF IT LOOKED LIKE TRASH AS I WAS JUST ABOUT TO MAIL THIS COMPLAINT IN.
HE THREW AWAY SOME OF MY MOST IMPORTANT COMMISARY AFTER GETTING AN INJURY SUCH AS ALL MY TYLENOL/ADVIL, SALT, AND SHAMPOO, SOAP, TOOTHPASTE, AND A FULL BAG OF COFFEE AND FOOD.
WHILE I WAS IN 8A I NOTICED ADDITIONAL BRUISING TO MY HIP BONE AREA IN THREE PLACES THAT HURT GREATLY, I ASKED MY NURSE HELEN NGUYEN IF SHE COULD TAKE PICTURES TO DOCUMENT IT WHICH SHE IGNORED ME.

ORIGINAL 1/12/25
COMPLAINT
42 U.S.C. 1983

IN 8A I WAS HOUSED IN A CELL WITH NO HOT WATER, I WAS REFUSED TO LET OUT TO SHOWER FOR OVER 24 HOURS. WHEN I WAS DISCHARGED AND FOUND OUT I WAS GOING BACK TO WHERE I WAS I DID NOT WANT TO GO AND ASKED TO BE MOVED BACK TO A SMU AS THE DISCHARGING DOCTOR ASKED IF I WOULD LIKE TO GO, I TALKED TO MENTAL HEALTH "ANDREA" WHO SAID I DID NOT MEET THE CRITERIA WHICH IS THE OPPOSITE OF MENTAL HEALTH COMING TO SEE ME ALMOST EVERY WEEK BECAUSE I WAS TOO SCARED TO COME OUT OF MY CELL TO SHOWER WHERE I WAS HOUSED, ASKING ME IF I WANTED TO GO TO A SMU AND IF I CHANGED MY MIND TO LET THEM KNOW. SINCE I MOVED BACK TO MY OLD CELL THE WATER HAS BEEN MESSED WITH AND HAS A BURNING SMELL THAT BURNS MY EYES AND SINUS AND I HAVE NO CLOTHES, DEPUTYS

ORIGINAL 1/2/25
COMPLAINT
42 U.S.C. 1983

HAVE IGNORED ME FOR REQUESTS OR ACCOMIDATIONS FOR MY ENTITLEMENTS AND HAVE REFUSED MY PROGRAMING. OFFICERS WENDELIN, AND DUONG BOTH HAVE IGNORED ME OR LIED TO ME.

I BELIEVE IN PARAGRAPHS 1-6 MY 14TH ADMENDMENT RIGHTS HAVE BEEN VIOLATED BY ALL NAMED STATE ACTORS IN THIS COMPLAINT.

PLAINTIFF
DEVIN SHAFFER
VS.
DEFENDANTS.
(SEE DEFENDANT LIST)

ORIGINAL
COMPLAINT
42 USC 1983

12/25/24

1 DURING PREVIOUS AND CURRENT ENCARCERATIONS AT SANTA CLARA COUNTY MAIN JAIL IVE HAD NUMEROUS REPEATING INCIDENTS THAT HAPPEN PRETTY MUCH DAILY WITH THE QUALITY OR SERVICE OF THE FOOD. WETHER IT IS SERVED BY THE "TRUSTEE" INMATES OR OFFICERS I EITHER AM SERVED OPEN ADULTERATED FOOD OR HAVE MISSING OR REPLACED ITEMS WITH MY MEALS.

2 I HAVE HAD EXCLUSIVE ITEMS MISSING OR REPLACED FROM MY DIETS WHEN SERVED BY INMATE "TRUSTEES" WHICH I HAVE NOTIFIED DEPUTYS OF WHICH THEY FAILED TO INVESTIGATE OR IGNORE. EVERY EVERY HOT TRAY I AM SERVED BY INMATES OR DEPUTYS COMES OPEN, WITH NASTY TASTES OR SMELLS, WETHER IT IS A PIN POINT POKEHOLE OR "AIR HOLE"

12/25/24

ORIGINAL
COMPLAINT
42 USC 1983

ON THE SIDE THEY NEVER COME
AIR TIGHT, I AM TOLD THATS
NORMAL, BUT THAT IS A LIE
BECAUSE I HAVE TRADED ITEMS
FOR OTHER INMATES UNOPENED
AIR TIGHT TRAYS. IVE GOTTEN
OPEN TRAYS THAT SMELL SO
BAD AND GIVE ME AN EXTREME
HEAD ACHE THAT EVEN AFTER
FLUSHING THE FOOD DOWN THE
TOILET, JUST THE SMELL FROM
THE TRAY IT WAS IN STILL SMELLS
SO BAD AND GIVES ME A
HEADACHE THAT I CANT EVEN
STAND JUST HAVING THE TRAY
IN MY CELL. MY FRUIT COMES
WITH POKES OR HOLES IN IT, OR
CUTS INTO THE FRUIT BY A
STRAIGHT OBJECT OR WHAT LOOKS
LIKE SOMEONES FINGER NAIL
DUG INTO IT, SOME PACKAGED
ITEMS ARE NOT AIR TIGHT
AND HAVE AIR HOLES, MY MILK
WILL COME NOT AIR TIGHT

ORIGINAL 12/25/24
COMPLAINT
42 U.S.C. 1983

AND LEAKING FROM SYRINGE SIZED HOLES.

3 EVEN WHEN I AM TO GO OUT AND GET MY OWN FOOD, GUARDS AND INMATES HAVE DEVISED WAYS TO KEEP ME FROM GETTING CLOSED OR UNADULTERATED FOOD. MY GROUP ALWAYS COMES OUT LAST FOR FOOD, UNLIKE PROGRAMMING WHICH DIFFERENT GROUPS ROTATE EVERYDAY. I AM ALWAYS LET OUT LAST FOR FOOD. I SPECIFICALY ASKED MORNING AND NIGHT SHIFT IF THEY COULD ROTATE THIS OR CHANGE THIS AT LEAST ONCE AND THEY BOTH SAID NO BUT COULD NOT GIVE A LEGITAMATE REASON WHY. BECAUSE I AM LET OUT VERY LAST THERE ARE LESS FOOD TRAYS TO CHOOSE FROM AS EVERYONE HAS COME OUT FIRST AND GRABBED ALL THE CLOSED UNOPEN TRAYS WHICH

ORIGINAL COMPLAINT
42 U.S.C. 1983

12/25/24

LEAVES ALL THE OPEN TRAYS VERY LAST.

4 I'VE ASKED DEPUTYS WILLIAMS AND BRYANT WHO BOTH SAID NO TO ROTATING FEEDING. WHEN ASKED WHY THEY FAILED TO GIVE A LEGITIMATE REASON WHY AND GOT MAD AND JUST SAID "BECAUSE"

5 IN PARAGRAPHS 1,2,3,4 I BELIEVE MY 14TH ADMENDANT RIGHTS HAVE BEEN VIOLATED BY THE STATE ACTORS AND ENTITYS THEY WORK FOR LISTED IN THIS COMPLAINT FOR VIOLATING THE FOOD STANDARDS POLICY LISTED IN TITLE 15, ALONG WITH POSSIBLE 42 U.S.C 1985 1986 VIOLATION CLAIMS AS WELL.

PLANTIFF DEVIN SHAFFER
VS.
DEFENDANTS
(SEE DEFENDANT LIST)

ORIGINAL COMPLAINT
42 U.S.C 1983

1 FROM THE DATES OF 10/24/24-11/17/24 I WAS DENIED ACCESS FROM AN INMATE TABLET WHICH PREVENTED ME FROM MAKING INMATE REQUESTS, FILLING OR APPEALING GRIEVANCES, ORDERING COMMISSARY, OR MAKING PHONE CALLS EFFICENTLY. FOR ABOUT THREE WEEKS I REPEATEDLY ASKED MULTIPLE DEPUTYS DAILY ABOUT THE USE OF A TABLET WHICH I WAS GIVEN MULTIPLE MEANINGLESS EXCUSES REPEATEDLY SUCH AS "THERE ARE NONE" "ASK THE TRUSTEES" OR "WE ASKED FOR MORE BUT THEY HAVENT COME YET"

2 IT WASNT UNTILL 11/17/24 WHEN I STARTED TO ASK FOR DEPUTIES BADGE NUMBERS, IN ADDITION TO FILLING A PAPER GRIEVANCE (WHICH TAKES USUALLY UP TO A FULL MONTH TO GET A RESPONSE) THE DAY OF ASKING OFFICER VALDEZ HIS BADGE NUMBER, WHICH HE WAS RELUCTANT TO GIVE AND WANTED TO KNOW THE PURPOSE OF ME ASKING, AFTER OBTAINING IT, DID I MAGICALLY RECIEVE A TABLET (DID NOT GET A COPY OF GRIEVANCE)

3 SIMILAR INCIDENTS HAVE ALSO HAPPENED WITH REQUESTING LEGAL RESEARCH FORMS WHICH I HAVE BEEN DENIED ACCESS TO FOR LONG PERIODS

ORIGINAL COMPLAINT 12/25/24

42 U.S.C. 1983

OF TIME AND RECIEVED THE SAME MEANINGLESS EXCUSES ON A DAILY BASIS FOR A PERIOD OF WEEKS SUCH AS "NEXT CHECK ILL GET IT" "WE NEED TO MAKE COPYS, WERE WORKING ON IT" "WE HAVE NONE" "WE'LL HAVE THEM COPIED BY TOMMOROW". ON 11/16/24, AFTER ASKING DEPUTY WILLIAMS AND HEARING THE EXCUSE "WE HAVE NONE, WE NEED TO MAKE COPYS" DID I ASK DEPUTY HILL THE SAME QUESTION ALONG WITH HIS BADGE NUMBER AND ALMOST INSTANTLY AFTER, WAS DEPUTY HILL ABLE TO PRODUCE A LEGAL REQUEST FORM DESPITE WHAT DEPUTY WILLIAMS SAID ABOUT NOT HAVING ANY.

4 IVE ALSO HAD ISSUES GETTING VERIFICATION OF MY MONEY ACCOUNT BALANCE SIGNED TO PROCEED IN FORMA PAUPARIS FOR THIS COMPLAINT BY MULTIPLE DEPUTYS THAT I BRING FORTH IN A GRIEVANCE #G0100588

5 THE DEPUTIES I CONTINUOUSLY ASKED THAT PREVENTED ME FROM LEGAL RESEARCH, A TABLET, OR SIGNING FORMS, AND WERE DISCRIMINATIVE, AFTER SEEING "NEWER" INMATES GET TABLETS BEFORE ME ARE, DEPUTIES BRYANT, WILLIAMS,

ORIGINAL COMPLAINT 12/25/24
42 U.S.C 1983

VILLAMONTES, VALDEZ AND SINGH.

6 ADDITIONALLY THE LEGAL RESEARCH PROCESS AT MY FACILITY IS NOT VERY EFFICENT AS IT CREATES ROOM FOR INJURY OR PROLONGED DEPRIVATION TO ACCESS TO THE COURTS OR LEGAL COUNCIL THROUGH DISCRIMINATION AS ONE MUST REQUEST/RECIEVE FORMS FOR RESEARCH THROUGH DEPUTIES AT THIER DISGRESSION AND BE SUBJECTED TO ERROR FROM THOSE WHO PROCESS THE FORMS AS I HAVE PUT IN REQUESTS THAT WERE TYPED OR ENTERED INNCORECTLY MULTIPLE TIMES LEADING TO NO RESULTS. THIS IS A PROBLEM AND CREATES PROLONGED DENIED ACCESS AS IT TAKES WEEKS TO A MONTH TO GET RESPONSES FROM A FORM, WHICH CAN BE DOUBLED IN TIME RECIEVING NO RESULTS FROM AN ERROR. YOU ARE ALSO ONLY ALLOWED 5 REQUESTS PER FORM, AND ARE USUALLY LIMITED TO A SMALL NUMBER OF FORMS FROM DEPUTYS IF ANY AT ALL. I HAVE GRIEVED THIS ISSUE 3 SEPERATE TIMES, ALL WHICH HAVE BEEN TURNED INTO AN "INMATE REQUEST" AND WAS NOT ASSIGNED ANY GRIEVANCE TRACKING NUMBER.

7 ANOTHER ISSUE I HAVE GRIEVED MULTIPLE

ORIGINAL COMPLAINT
42 U.S.C. 1983
12/28/24

TIMES FOR IT TO BE TURNED INTO A "INMATE REQUEST" THAT DENIES ONE TO LEGAL COUNCIL, IS MULTIPLE OUTSIDE LEGAL FIRMS OR OUTSIDE ORGANIZATIONS PHONE NUMBERS ARE ALL BLOCKED AND ON THE RESTRICTED NUMBERS LIST FROM THIS FACILITY. NONE OF THESE ORGANIZATIONS POSE A THREAT OR ARE A SECURITY RISK AND I BELIEVE ARE ONLY BLOCKED TO KEEP ONE FROM ACCESING LEGAL HELP OR ADVICE INDEPENDENTLY WHICH FEELS LIKE AN EXTREME VIOLATION OF CONSTITUTIONAL RIGHTS

8 I BELIEVE IN PARAGRAPHS 1,2,3,4,5,6,7 MY FIRST AND FOURTEENTH ADMENDMENT RIGHTS WERE VIOLATED DUE TO DISCRIMINATION, DEPRIVATION OF LIFE, LIBERTY, PROPERTY, DUE PROCESS, AND EQUAL PROTECTION, AND AN INADEQUACY OF ACESS TO A LAW LIBRARY OR ADDITIONAL OUTSIDE LEGAL ASSISTANCE WHICH ULTIMATLEY HINDERED MY RIGHTS TO PURSUE AND MAKE THIS VERY COMPLAINT

9 I ALSO BELIEVE THESE RIGHTS WERE VIOLATED BY STATE ACTORS WHO ARE PAID

ORIGINAL COMPLAINT 12/25/24
42 U.S.C. 1983

AND TRAINED TO GRANT ME THESE RIGHTS SUCH AS SANTA CLARA SHERIFFS CORRECTIONAL OFFICERS, DEPUTY BRYANT # 11503, DEPUTY WILLIAMS # 11189, DEPUTY VALDEZ # 11076, DEPUTY VILLAMONTES # 11046, AND DEPUTY SINGH. AND THE ENTITY SANTA CLARA COUNTY SHERIFFS OFFICE BY NOT ACTING ON THIER OWN POLICY IN ALLOWING EFFICENT ACCESS TO OUTSIDE LEGAL COUNCIL, LEGAL RESEARCH OR LAW LIBRARY, OR THE COURTS. I BELIEVE THE COUNTY OF SANTA CLARA IS RESPONSIBLE AS WELL FOR OVERSEEING THE SHERIFFS OFFICE.

10 PLEASE SEE APENDIX B FOR EVIDENTIAL PROOF 1-5

PLANTIFF
DEVIN SHAFFER
VS.
DEFENDANTS.
(SEE DEFENDANT LIST)

ORIGINAL
COMPLAINT
42 USC. 1983

12/25/24

1 ON SEPTEMBER, 28, 2024 AT ABOUT 6:30-7:30PM I WAS INVOLVED IN AN INCIDENT LOCATED AT SANTA CLARA COUNTY MAIN JAIL MODULE 4B. DEPUTY SOTELLO AND IGNACIO WERE WORKING IN THE POD. I DO NOT THINK DEPUTY SOTELO FAVORS ME THAT MUCH AS MY INTERACTIONS WITH HIM TEND TO BE NEGATIVE (AS ASKING FOR SOAP, FORMS, QUESTIONS, SUPPLYS) I AM NORMALLY IGNORED BY HIM COMPARED TO OTHER DEPUTYS.

2 SHORTLY AFTER I WAS LET OUT TO PROGRAM I ATTEMPTED TO FIX THE TV AS IT HAD BEEN GOING IN AND OUT RECENTLY AND OCCASIONALY THE CABLE CONNECTING IT NEEDS TO BE ADJUSTED TO FIX THE PICTURE. US INMATES NOTIFIED DEPUTYS TO PUT IN A WORK ORDER TO FIX THIS ISSUE AND SOMEONE CAME TO FIX IT BUT THE PROBLEM STILL PERSISTED. IN ORDER TO FIX THE TV

ORIGINAL 12/25/24
COMPLAINT
42 U.S.C. 1983

WHICH IS ABOUT 11 OR 12 FEET OFF THE GROUND MOUNTED ON THE WALL, ONE HAS TO CLIMB UP ON THE LEDGE OF THE WINDOW THAT THE OFFICERS SEE US THROUGH TO REACH THE TV. THE LEDGE IS ABOUT 4 FEET HIGH AND THE WIDTH OF THE LEDGE TO STAND ON IS ABOUT 4 1/2 INCHES WIDE.

3 OTHER INMATES HAD REQUESTED I DO THIS BECAUSE I WAS THE ONLY INMATE OUT AT THE TIME AND CAPEABLE OF DOING SO, THE TV HAD NOT BEEN WORKING ALL DAY AND EVERYONE WAS WANTING TO WATCH TV. MOST INMATES ALSO GET ON THE LEDGE TO CHANGE THE CHANNELL OR ADJUST THE VOLUME WHEN THE REMOTE IS NOT AVAILABLE DUE TO IT BEING BROKEN OR ANOTHER POD HAVING POSSESSION OF IT. SOME DEPUTYS DO NOT MIND THIS AS MUCH IF YOUR CAREFUL, AND SOME DONT LIKE IT AS IT IS A SAFTEY

ORIGINAL COMPLAINT 12/25/24
42 U.S.C. 1983

CONCERN. MOST DEPUTIES WILL GIVE A VERBAL WARNING OR REQUEST TO GET DOWN FROM THE LEDGE OR FLASH THIER FLASHLIGHT AT YOU TO SAFELY WARN YOU TO GET DOWN FROM THE LEDGE. UNFORTUNATLY THIS WAS NOT THE CASE WITH DEPUTY SOTELO.

4. SOMETIME PRIOR TO ME BEING ON THE LEDGE. I HAD ASKED DEPUTY SOTELO FOR SOME FORMS, SOAP, CLEANING SUPPLYS. MOST DEPUTYS SUGGEST DOING THIS DURING YOUR PROGRAM AS THEY WOULD RATHER DO IT FOR YOU THEN, RATHER WHILE DOING THIER CHECKS. DEPUTY SOTELO WAS SITTING IN A CHAIR LOOKING DOWN AT HIS PHONE, WHEN I ASKED HIM, HE DID NOT EVEN LOOK UP FROM HIS PHONE AND REPLIED "LATER". I DID NOT REALLY HAVE ANYTHING BETTER TO DO AS I HAD BEEN WAITING ALL DAY TO ASK FOR THESE ITEMS TO USE SO I

12/25/24

ORIGINAL COMPLAINT
42 U.S.C. 1983

PROCEEDED TO WAIT BY THE DOOR SOMETIME FOR THE ITEMS WHILE HE STILL WAS LOOKING DOWN AT HIS PHONE. HIS PHONE SEEMED TO BE MORE IMPORTANT THAN HELPING ME WITH MY REQUEST OR MONITORING ME FOR SECURITY/ SAFETY WITHIN THE POD. THIS WAS A LITTLE UPSETTING/ HURTFULL AS MOST DEPUTYS DO THIS SIMPLE 10-45 SECOND TASK BEFORE RETURNING TO THIER PHONE OR GIVE A BETTER MORE CONCRETE REPLY THAN A VERY VAGUE "LATER". IT IS ALSO HURTFULL BECAUSE IT IS THE ONLY TIME I COME OUT OF MY CELL TO GET TO ASK FOR THINGS FOR ONLY 1-2 HOURS OUT OF THE WHOLE DAY.

5 WHEN I GOT UP ON THE LEDGE TO FIX THE TV, DEPUTY SOTELO WAS IN THE SAME POSITION, IN A CHAIR LOOKING DOWN ON HIS PHONE. I WAS ONLY ON THE LEDGE FOR A COUPLE OF SECONDS BEFORE DEPUTY SOTELO

ORIGINAL 12/25/24
COMPLAINT
42 U.S.C. 1983

GOT UP OUT OF HIS CHAIR AND RAN TO THE WINDOW OF THE LEDGE I WAS ON, SWUNG AND EXTENDED HIS ARM AS HIGH AS HE COULD ABOVE HIS HEAD AND BANGED REPEATEDLY ON THE WINDOW RIGHT NEXT TO MY HEAD WHICH SEEMED LIKE AS HARD AS HE COULD. IF THE WINDOW WAS NOT THERE HE WOULD HAVE HIT ME IN THE FACE. THIS STARTLED ME TO WHERE I HAD TO GRAB THE TV TO KEEP MYSELF FROM ALMOST LOOSING MY BALANCE AND FALLING.

6 I WAS VERY STARTLED, FRIGHTENED, AND SCARED BECAUSE OF HOW CLOSE HE WAS BANGING NEXT TO MY HEAD AND HOW VIOLENTLY AND HARD HE WAS DOING IT. ALSO HOW UNSUSPECTING I WAS TO HIM RUNNING OVER AND THEN BANGING EXTREMELY LOUD AND HARD NEXT TO MY HEAD VS. OTHER DEPUTYS SHINNING THIER FLASHLIGHT OR SAYING TO GET DOWN, I FELT SAFTEY WAS HIS LAST

ORIGINAL COMPLAINT 12/25/24
42 U.S.C. 1983

CONCERN AND I FELT SCARED / THREATENED FOR MY LIFE, NOT JUST BECAUSE I FELT HE ALMOST MADE ME FALL BUT BECAUSE OF HOW UNSAFELY AND AGGRESSIVELY HE HANDLED THE SITUATION. AFTER CATCHING MYSELF FROM ALMOST FALLING AND CATCHING MY BREATH FROM EXTREME ANXIETY/PANIC OF THE NATURAL RESPONSE TO HIS THREATENING BEHAVIOR, I ASKED HIM WHY HE HAD TO BANG SO LOUDLY NEXT TO MY HEAD AND ALMOST MAKE ME FALL VS. JUST ASKING ME OR SHINNING HIS LIGHT.

7 THIS PROMPTED HIM TO IGNORE MY QUESTION AND CONTINUE TO BANG ON THE WINDOW NEXT TO MY HEAD VERY HARD AND LOUDLY STILL ALTHOUGH THIS TIME IT DID NOT MAKE ME ALMOST FALL AS I KNEW HE WAS THERE AND SAW HIM DOING IT. AFTER HIM DOING IT A SECOND TIME WHILE STILL

ORIGINAL 12/25/24
COMPLAINT
42 U.S.C 1983

ON THE LEDGE I FELT VERY CONCERNED FOR MY SAFTEY/LIFE AROUND THIS DEPUTY AS I ALREADY GOT A NEGATIVE VIBE FROM HIM PREVIOUSLY AS TO HIM NOT LIKING ME, BUT AFTER ALMOST FALLING AND BECOMING INJURED DUE TO HOW UNSAFELY AND ANGRILY/AGGRESIVELY HE PUT MY LIFE IN DANGER, I FELT VERY THREATENED/UNSAFE WITH MY SECURITY/SAFTEY IN HIS HANDS. IT FELT VERY PERSONAL. SADLY, A COUPLE DAYS AFTER THIS INCIDENT, THE SAME KIND OF THREATENING AGGRESIVE BEHAVIOR CONTINUED (WHICH I TRIED TO AVOID THIS TIME) AND RESULTED IN AN INJURY TO MY ARM AND MOST SERIOUSLY MY FINGER.

8 ON OCTOBER, 01, 2024 AT AROUND 6:30 PM - 7:30 PM THE SAME DEPUTY, DEPUTY SOTELO, CAME INTO THE POD TO MY CELL DOOR AND ASKED IF I NEEDED CLOTHING EXCHANGE, BECAUSE

ORIGINAL COMPLAINT 12/25/24

42 U.S.C 1983.

OF FEELING UNSAFE AROUND THIS DEPUTY I REPLIED NO. I SAID I WOULD WAIT TO GET IT FROM THE OTHER DEPUTY. HE THEN SAID IF I DONT GET IT NOW I WONT GET ANY CLOTHING AT ALL, AFTER THE PREVIOUS INCIDENT, AND HOW MANY TIMES I REPLIED NO AFTER HIM CLAIMING HE COULDNT HEAR ME SAY NO, I WAS RELUCTANT TO REALLY DEAL WITH HIM OR TAKE ANY CLOTHES FROM HIM.

9 HE PROCEEDED TO OPEN MY TRAY SLOT AFTER SAYING NO 3 TIMES TO DO CLOTHING EXCHANGE, AFTER HE DID THIS HE AGGRESIVELY RIPPED OFF THE COVER HANGING OVER MY TRAY SLOT. (I WAS HANGING A NEWSPAPER COVER OVER MY TRAY SLOT BECAUSE THE POD I WAS IN "4B" HAD AN INFESTATION OF COCKROACHES, BIG AND TINY, THAT IVE EXPERIENCED MANY TIMES WHILE BEING IN THAT POD AS IT IS PRETTY UNCLEAN/OLD/UNRENOVATED. THEY CRAWL UNDER DOORS OR THROUGH THE CRACKS SO I PREVENT THIS BY

ORIGINAL 12/25/24
COMPLAINT
42 U.S.C. 1983

COVERING THE GAPS. THERE IS ALSO A STRONG SEWER GAS SMELL IN THE POD AS WELL AS A SEWAGE LEAK COMING OUT OF A WATER CLOSET AND ONTO THE FLOOR IN THAT POD AND THE COVER HELPS KEEP BOTH THE COCKROACHES AND SEWER GASSES OUT.

11 OTHER DEPUTY'S HAVE TAKEN DOWN THE NEWSPAPER OR REMOVED IT THEM-SELVES, SOME KINDLY WAIT FOR ME TO DO IT IF I HAVE NOT DONE IT YET. BUT SOTELO AGRESSIVLEY RIPPED IT OFF AND OUT OF MY CELL TRAY SLOT. THIS KIND OF UPSET ME AS HOW I DENIED MANY TIMES NOT WANTING CLOTHING EXCHANGE FROM HIM WHICH PROMPTED ME TO STICK MY ARM OUT OF THE TRAY SLOT AND TRY TO GRAB IT BACK. IMMEDIATLY AFTER DOING SO I REALISED THIS WAS A MISTAKE AS DEPUTY SOTELO SLAMMED THE TRAY SLOT CLOSED ON THE MIDDLE OF MY UPPER FOREARM CUTTING AND BRUISING IT. HE DID NOT RELEASE

12/25/24

ORIGINAL
COMPLAINT
42 U.S.C 1983

OR LET GO OF THE TRAY SLOT, AS IT WAS HURTING MY ARM I TRIED TO PULL IT BACK INTO MY CELL AND HE CONTINUED TO APPLY STRONG FORCE AGAINST THE TRAY SLOT. AFTER BEING ABLE TO GET MOST OF MY ARM BACK INSIDE MY CELL THE FORCE HE WAS STILL APPLYING CAUGHT SOME OF MY FINGERS IN 2-3 PLACES.

11 I STILL TRIED TO PULL MY FINGERS IN AS THEY WERE BEING CRUSHED AND I GOT A LITTLE BIT MORE OF MY HAND IN WITH HIM STILL APPLYING VERY HARD FORCE AGAINST THE TRAY SLOT. IT SEEMED THE MORE I YELLED IN PAIN AND TRIED TO PULL MY ARM IN THE HARDER HE APPLIED FORCE. I WAS ABLE TO GET MOST OF MY ARM IN EXCEPT THE VERY TIP OF THE END OF MY MIDDLE FINGER. IT WAS THEN WHERE HE PRESSED THE HARDEST AND LONGEST OF ALL WHICH MADE ME CRY OUT IN PAIN. THE AMOUNT OF TIME

ORIGINAL COMPLAINT 12/25/24
42 U.S.C 1983

HE HELD THE TRAY SLOT ALONE ON THIS PART OF MY ARM WAS FOR AT LEAST 9-12 SECONDS. HE APPLIED SO MUCH PRESSURE CRUSHING MY FINGER THAT IT BEGAN TO BLEED UNDER THE SKIN ON THE TIP OF THE UNDERSIDE OF MY FINGER GIVING ME A BLOOD BLISTER, UNDER THE NAIL ITSELF ALMOST TAKING IT OFF, AND ON TOP OF MY MIDDLE FINGER AS WELL. IT HURT SO BAD IT FELT LIKE HE BROKE THE BONE, I IMMEDIATLY FELT DIZZY, SHORT OF BREATH, AND NAUSIATED/ SICK TO MY STOMACHE.

12 IT IS STILL SWOLLEN AND IN PAIN AND FEELS BROKEN. IN CUSTODY STAFF WAITED OVER A MONTH TO TAKE X-RAYS AND REFUSED MY APOINTMENT FOR ME AROUND THE TIME THAT IT HAPPENED SO I WOULD NOT BE SUPRISED IF HE DID BREAK IT. MY NAIL WAS DEAD AND VERY LOOSE AND HURT AND FELT LIKE IT WOULD FALL OFF WHICH IT EVENTUALLY DID. MY FINGER IS

ORIGINAL COMPLAINT 42 U.S.C. 1983 12/25/24

ALMOST AS TWICE AS BIG AS MY OTHER UN-INJURED FINGER. THIS HAS MADE IT EXTREMELY PAINFULL AND HARD TO DO THINGS I'M USE TO DOING LIKE WRITING, GRABING OR HOLDING THINGS, OR JUST USING MY HAND.

13 NOT ONLY DID DEPUTY SOTELO MAKE ME FEARFULL OF INCUSTODY STAFF BECAUSE OF ALMOST SEEMINGLY PURPOSFULLY MAKING ME FALL BUT ALSO BLATANTLY PURPOSFULLY INJURING MY FINGER, WHICH I HAVE SUFFERED A GREAT DEAL OF TRAUMA, PAIN, GRIEF. I ALSO USUALLY MAKE A LIVING DOING CONSTRUCTION WHICH HAVING AN INJURED FINGER OR NAIL WILL EXTREMELY IMPACT AND NEGATIVELY AFFECT MY STRENGTH / WORKING CAPABILI WHICH I THINK I SHOULD BE COMPENSATED FOR DUE TO NOW BEING SCARED FOR MY SAFTEY AND CAUSING TRUST ISSUES WITH DEPUTYS AND THE PAIN/DAMAGE TO MY

ORIGINAL COMPLAINT 12/28/24
42 U.S.C. 1983

FINGER.

14 I ALSO HAVE LOST PARTIAL FEELING IN THE TIP OF MY FINGER WITH REGAURDS TO SENSORY, BESIDES NOT REALLY BEING ABLE TO FEEL TEXTURE, TEMPERATURES, AND SENSATION AND IT JUST BEING NUMB, THE ONLY OTHER FEELING I EXPERIENCE IN IT IS PAIN WHILE USING IT OR DOING THINGS. ALSO, IN CUSTUDY STAFF HAVE NOT BEEN VERY HELPFULL OR HONEST DURING MY STAY AND HAVE MALICOUSLY REFUSED MEDICAL CARE FOR ME WITHOUT MY CONSENT DUE TO MADE UP MALICOUS REPORTS AND REASONS. I WAS TOLD TO WAIT UNTILL MY NEXT DR.S APOINTMENT TO GET MY FINGER ASSESED, WHICH I EAGERLY WAITED FOR, FOR DEPUTYS TO REFUSE MY APPOINTMENT FOR ME.

15 AS OF 12/02/24 MY DEAD FINGER NAIL AFTER HAVING BEEN INFECTED AND STILL IN PAIN HAS FALLEN OFF, IT DOSENT SEEM I WILL GROW

ORIGINAL
COMPLAINT
42 U.S.C. 1983

12/25/24

ANOTHER ONE BACK FROM HOW INJURED MY FINGER BECAME FROM THE INCIDENT AND LACK OF MEDICAL CARE I GOT AFTER IT. MY FINGER IS STILL ALOT LARGER AND SWOLLEN/PUFFY AND REDY COMPARED TO MY OTHER ONE, INDICATING IT WAS MORE THAN LIKELY BROKEN.

16 PLEASE SEE APENDIX A FOR EVIDENTIAL PROOF

I PARAGRAPHS 2-15, I BELIEVE MY 14TH AND 8TH CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED BY THE STATE ACTORS MENTIONED IN MY COMPLAINT AND THE ENTITYS THEY WORK FOR FOR NOT FOLLOWING SAFTEY AND USE OF FORCE POLICYS.

3.14

PLANTIFF
DEVIN SHAFFER
VS.
DEFENDANTS
(SEE DEFENDANTS LIST)

ORIGINAL
COMPLAINT
42 U.S.C 1983

12/28/24

1 ON 2/26/2009 OR 2011, I WAS ARRESTED BY SAN JOSE POLICE DEPARTMENT, UPON MY ARREST I WAS FRISKED AND SEARCHED BY "DOE" OFFICERS. I WAS BROUGHT TO A MENTAL HEALTH WARD WHERE I WAS SEARCHED AND FRISKED AGAIN. FROM THERE I WAS BROUGHT TO SANTA CLARA COUNTY MAIN JAIL. UPON ARRIVING IN THE BOOKING AREA I WAS SEARCHED AND FRISKED A THIRD TIME.

2 I HAD MY HANDS CUFFED BEHIND MY BACK AS I WAS BEING SEARCHED AGAIN, THE "DOE" OFFICER SEARCHING ME SEEMED TO GROPE THE PRIVATE PART OF MY GROIN AREA, AS HE DID THE PREVIOUS TWO TIMES I WAS SEARCHED. BECAUSE OF THIS I FELT VIOLATED IN MY PERSONAL BOUNDRIES AND FELT I WAS BEING SEXUALLY ASSAULTED WHICH PROCURED A NEGATIVE VERBAL BUT NON PHYSICAL RESPONSE FROM ME.

3 THIS CAUSED THE DEPUTY TO RESPOND BACK BY YELLING "HE'S RESISTING" IN ADDITION TO USING A VERY STRONG, EXCESSIVE, NEGATIVE

ORIGINAL COMPLAINT
42 U.S.C. 1983

USE OF PHYSICAL FORCE BY EXTENDING HIS LEG INFRONT OF MINE AND PUSHING ME HARD TWARDS AND OVER IT WHICH CAUSED ME TO TRIP AND FALL HEAD FIRST ONTO THE GROUND BREAKING THE FALL WITH MY HEAD AS MY HANDS WERE CUFFED BEHIND MY BACK.

4 AFTER HITTING THE GROUND I IMMEDIATLY PARTLY LOST VISION IN MY LEFT EYE, I ALSO DEVELOPED A LUMP ON MY SKULL WITH A GASH ON THE RIGHT SIDE OF MY HEAD. AT THE TIME I LOST VISION PARTLY IN MY EYE AND BECAME DIZZY AND UNBALANCED AFTER THE INJURY.

5 AFTER THE INJURY OCCURED I WAS SEEN BY MEDICAL STAFF BUT NEVER ASSESED FOR DAMAGES USING A C.A.T. OR P.E.T. SCAN. ADDITIONALLY IT SEEMED THE MEDICAL STAFF DOWNPLAYED THE SERIOUSNESS OF THE INJURY IN THIER CARE AND MEDICAL REPORTS.

6 I HAD THE RECORDS OF THE EXACT DATE OF THE INCIDENT, ONE OF THE ARRESTING

ORIGINAL 12/25/24
COMPLAINT
42. US.C 1983

OFFICERS, AND THE MEDICAL STAFF AT THE TIME. UNFORTUNATLEY THIS INFORMATION WAS TAKEN FROM MY PROPERTY IN CUSTODY BUT I HAVE RE-REQUESTED IT TO AMMEND TO MY COMPLAINT IN THE FUTURE ONCE I OBTAIN IT AGAIN.

7 I BELIEVE IN PARAGRAPHS 2,3,5,9 MY CONSTITUTIONAL RIGHTS OF UNREASONABLE SEARCH SEIZURE AND DEPRIVATION OF LIFE, LIBERTY, PROPERTY DUE PROCESS OF LAW, AND EQUAL PROTECTION OF THE LAW HAS BEEN VIOLATED.

8 I ALSO BELIEVE MY CONSTITUTIONAL RIGHTS WERE DEPRIVED BY "DOE" SAN JOSE POLICE OFFICERS, AND "DOE" SANTA CLARA COUNTY MEDICAL NURSES ACTING UNDER THE COLOR OF STATE LAW.

9 IN ADDITION TO HAVING MY RIGHTS VIOLATED, AND SUSTAINING AN INJURY WITH PERMENANT REPERCUSIONS, I ALSO HAVE SUFFERED MENTALLY AND EMOTIONALLY THROUGH ANXIETY, DEPRESSION, AND POST TRAUMATIC STRESS AFTER THE INCIDENT WHICH HAS HAD A GREAT NEGATIVE IMPACT

ORIGINAL 12/25/24
COMPLAINT
42 U.S.C 1983

UPON MY LIFE TO THIS VERY DAY. THE SCAR/LUMP ON MY HEAD AND INDENTATION OF MY SKULL IS A VERY HARSH REMINDER OF THE INCIDENT I FEEL/LOOK AT ON A DAILY BASIS THAT GIVES ME EXTREME GRIEF/DEPRESSION IN THE SENSE IT HAS ALTERED MY APPEARACE THAT IS OUT OF MY CONTROL TO CHANGE PROBALY FOREVER, AND WITH HAVING MADE MISTAKES IN LIFE AND LEARNING FROM THEM, REMINDER OF THIS INCIDENT ONLY LEAVES ME EXTREMELY DEPRESSED/GRIEF STRICKEN, AS I MADE NO NECCESARY ACTION OR MOTIVE THAT WOULD JUSTIFY THAT TYPE OF FORCE OR RETALIATION TO BE USED AGAINST ME. NOT ONLY DO I FEEL JUDGED AND TREATED DIFFRENTLY BY THE COMMUNITY AS IT GREATLY EFFECTS MY APPEARANCE. I ALSO HAVE A GREAT FEAR OF LAW ENFORCEMENT AND OR BEING DETAINED OR ARRESTED THAT HAS GREATLY EFFECTED MY LIFE AND FUTURE PERMENANTLY AFTER THE INCIDENT, AS WELL AS THE OUT-COME OF MY FURTHER CRIMINAL HISTORY, WHICH COULD PROBALY ATTAIN TO AT LEAST 3-5 ADDITIONAL ARRESTS OR CHARGES

ORIGINAL COMPLAINT 12/25/24
42 U.S.C. 1983

I WOULD NOT HAVE GOTTEN IF I WAS STILL NOT SUFFERING FROM THE INCIDENT. ALONG WITH A STRONG NEGATIVE INFLUENCE ON ANY POLICE OR INCUSTODY REPORT ABOUT ME.

10 I ALSO BELIEVE THE ENTITYS OF SAN JOSE POLICE DEPARTMENT, SANTA CLARA VALLEY MEDICAL, AND SANTA CLARA COUNTY, ARE ALSO RESPONSIBLE FOR VIOLATING MY CONSTITUTIONAL RIGHTS FOR NOT FOLLOWING THIER OWN POLICYS OR GUIDELINES WHEN IT CAME TO SEARCH, SIESURE, TREATMENT/MEDICAL CARE OF PRISONER, AND SANTA CLARA COUNTY FOR OVERSEEING EACH ENTITY

11 IN A REQUEST OF LEAVE FOR THE TIME PERIOD OF THE DATE OF THE INCIDENT AND THE TOLLING OF, I BELIEVE THE REQUEST SHOULD BE GRANTED DUE TO THE FACT THAT AS A RESULT OF THE INCIDENT IT HAS CAUSED ME TO SUFFER FROM INSANITY THAT I PARTLY DESCRIBE IN PARAGRAPH 9. IT HAS AFFECTED ME

ORIGINAL COMPLAINT 12/25/24
42 U.S.C 1983

IN WAYS THAT HAVE CHANGED MY LIFE FOR THE WORSE IN WAYS THAT HAVE INCAPACITATED MY ABILITY TO CARE FOR MYSELF OR PROPERTY AT TIMES, AND MOST OF ALL IN UNDERSTANDING THE CONSEQUENCES OR NATURE AND EFFECTS OF MY OWN ACTS, WHICH ULTIMATLEY HAS HAD AN EVEN GREATER NEGATIVE EFFECT ON MY LIFE LEADING TO MORE VIOLATION OF MY RIGHTS OR DISCRIMINATIVE TREATMENT THAT I STILL AND CONTINUE TO SUFFER FROM, ESPECIALY AS MY FAMILY TREATS ME AS IF I'M INSANE AND AS DO OTHERS AS WELL, CONTINUALLY MAKING IT HARD TO LIVE A NORMAL LIFE FOR MYSELF. I BELIEVE ONE WOULD SUFFER FROM INSANITY IF THEY WERE TO BE TREATED AS IF THEY ARE INSANE

PLANTIFF,
DEVIN SHAFFER
VS.
DEFENDANTS,
(SEE DEFENDANT LIST)

ORIGINAL
COMPLAINT
42 U.S.C 1983

10/25/24

1 ON 9/6/24 AT 2:04 PM AT SANTA CLARA COUNTY MAIN JAIL, I WAS SEEN BY DENTIST "KIRK SHIMAMOTO" FOR A FILLING I HAD THAT FELL OUT OF MY TOOTH AND AN ADDITIONAL CAVITY IN ANOTHER TOOTH WHICH HAS CAUSED A LOT OF DISCOMFORT/PAIN. PREVIOUSLY IN 2022 I HAD SEEN THE DENTIST AT SANTA CLARA MAIN JAIL, WHO HAD PRESCRIBED ME TYLENOL/CODIENE FOR THE PAIN OF THE TOOTH WITH THE MISSING FILLING. UPON THIS RECENT VISIT THE DENTIST "KIRK" HAD FAILED TO PRESCRIBE ANY TYPE OF ANTIBIOTIC OR PAIN MEDICATION STRONGER THAN TYLENOL/IBUPROFEN DESPITE HAVING AN ADDITIONAL CAVITY NEXT TO THE TOOTH THAT HURTS ALOT MORE/HAS AN OPEN UNFILLED HOLE EXPOSING THE NERVE, AND TO WHAT HE SAID WOULD REQUIRE A ROOT CANAL.

2 I WAS VERY CONCERNED WITH NOT GETTING ANY TYPE OF ANTIBIOTIC AS IT IS AN OPEN WOUND IN MY MOUTH. HE STATED THEY TRY NOT TO DO THAT IN JAIL AS

ORIGINAL COMPLAINT 12/25/24
42 U.S.C. 1983

USING AN ANTIBIOTIC COULD BUILD UP RESISTAN BACTERIA IN AN UNCLEAN JAIL SETTING. THIS WORRIED/UPSET ME AND CAUSED PAIN/SUFFERING AS THE TOOTH WOULD BLEED RANDOMLY FROM THE CAVITY. DEPUTY "DIXON" SEEMED TO BE POINTING HIS PHONE AND HOLDING IT STRAIGH AT THE CONVERSATION WITH THE DR THE WHOLE TIME AS IF HE WAS "RECORING IT".

3 IMMEDIATLY AFTER MY DENTIST APPT, I STARTED TO GET ADDITIONALY UNFAIRLY/WEIRD-LY TREATED BY DEPUTYS/MEDICAL STAFF, IT SEEMS I WAS BEING PSYCHOLOGICALLY ABUSED AS THEY WOULD LIE OR SAY ONE THING BUT DO ANOTHER. MY FOOD TRAYS NOTICEABLY STARTED TO COME OPEN AND MY TOOTH/EAR/JAW PAIN BECAME INCREASINGLY WORSE. I PUT IN MULTIPLE WHITE CARDS ABOUT SUCH PAIN AND REQUESTS FOR MORE EXTENSIVE/ ADDITIONAL CARE/TREATMENT ON 9/06/24, 9/21/24, 9/22/24, 9/28/24, MORE RECENTLY AFTER GRIEVANCING ISSUES AND BRINGING IT UP TO MEDICAL DRS/NURSES AND RECIEVING MORE PSYCHOLOGICAL ABUSE IT SEEMS

AND FEELS LIKE I HAVE BEEN INTIMIDATED OR REFUSED ADEQUATE MEDICAL CARE TO BRING ISSUES UP AND HAVE BEEN SELF MEDICATING WHILE STILL IN GREAT SUFFERING/PAIN.

4 I STILL HAVE NOT HEARD FROM THE DENTIST FOR A FOLLOW UP APPT. APPARENTLY THEY SCHEDULED ONE WITHOUT MY KNOWLEDGE ON A DAY I HAD COURT THAT I MISSED BECAUSE OF COURT.

5 ADDITIONALLY I HAVE PUT IN WHITE CARDS FOR YEARS NOW ABOUT EAR/JAW PAIN PROGRESSIVELY GETTING WORSE BACK TO 2018 WHERE I WAS BLEEDING FROM MY EAR AND NURSES DID NOTHING ABOUT IT AND DID NOT TAKE IT SERIOUSLY. ON 10/22/2020 NURSE "TODD TODESCO" CAME TO ASESS MY EAR AT 9:23 AFTER IT HAD PREVIOUSLY STARTED BLEEDING FROM INSIDE THE CANAL AT COURT THAT DAY. HE CAME TO ASSES MY EAR AND "HAD NO BATTERYS" FOR A WORKING EAR MAGNIFYING TOOL TO LOOK INSIDE MY EAR. IN HIS MEDICAL NOTES IT STATES "PATIENT MADE AWARE OF MORNING APPT." WHEN ALL HE DID WAS

ORIGINAL COMPLAINT 12/25/24
42 U.S.C. 1983

SAY HE WOULD BE BACK LATER WITH BATTERIES AND NEVER CAME BACK. THE NEXT MORNING I WAS ONLY CALLED FOR "MENTAL HEALTH" AND WAS NEVER CALLED FOR MEDICAL.

6 TO THIS DAY, I HAVE STILL BEEN DENIED CARE FOR MY EAR THAT DRS "YVONNE MURO" AND "NATALIYA PANIVSKA" HAS IGNORED DURING APOINTMENTS AND SINCE HAS GOTTEN MORE SWOLLEN/RED AND HAS CAUSED EXTREME DISCOMFORT, PAIN, AND SUFFERING. I HAVE ALSO WITNESSED FROM THE WEEKS OF 9/23/24 - 10/08/24 OTHER INMATES RECIEVE ANTIBIOTICS / STRONG PAIN MEDS FROM NURSES ASSESMENT WITHOUT EVEN VISITING THE DENTIST FOR THIER TOOTH ISSUES. I HAVE ALSO HAD INGROWN TOE NAILS THAT IVE ONLY BEEN PRESCRIBED ANTIBIOTIC OINTMENT WHICH DOES NOT HELP, AS BEFORE IVE BEEN PRESCRIBED A FOOT SOAK TUB WITH AN ASTRINGENT TO HELP ALIEVIATE THE DEAD INFECTED SKIN UNDER THE NAIL, WHICH THEY WONT PRESCRIBE ME EITHER LIKE THEY HAVE IN THE PAST, WHICH IVE ALSO SEEN THEM GIVE TO OTHER INMATES AS WELL. ADDITIONALLY I REQUIRE GLASSES

ORIGINAL 12/25/24
COMPLAINT
42 U.S.C 1983

TO SEE AND HAVE HAD MINE TAKEN FROM ME AT BOOKING BECAUSE THEY WERE PARTLY BROKEN, YET I HAVE BEEN PROVIDED NO SUBSTITUTE UPON REQUEST AND NEED THEM TO READ/SEE.

7 I BELIEVE I PARAGRAPHS 1,2,3,4,5,6, MY CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED UNDER THE 14TH ADMENDMENT DUE TO UNFAIR/ EQUAL TREATMENT OF LAWS, DEPRIVATION OF LIFE, LIBERTY, INVASION OF PRIVACY.

8 I BELIEVE THOSE RESPONSIBLE FOR VIOLATING MY RIGHTS ARE THE ENTITYS SANTA CLARA VALLEY MEDICAL CENTER, SANTA CLARA SHERIFFS OFFICE, AND THE COUNTY OF SANTA CLARA FOR OVERSEEING THOSE TWO ENTITYS. SANTA CLARA VALLEY MEDICAL FOR NOT FOLLOWING OR VIOLATING ITS OWN POLICYS IN FAIR AND EQUAL TREATMENT OF PRISONERS MEDICAL CARE. AND SANTA CLARA SHERIFFS OFFICE FOR NOT FOLLOWING ITS OWN POLICY/ PROCEDURES IN INVADING MY PRIVACY OF MY MEDICAL RECORD OR STATUS OR HIPA PROTOCOL. I ALSO BELIEVE DRS KIRK SHIMAMOTO, YVONNE MURO, NATALIA PANIVSKA TO

ORIGINAL COMPLAINT 12/25/24

42 U.S.C. 1983

HAVE VIOLATED MY RIGHTS AS STATE ACTORS UNDER STATE LAW. ALONG WITH NURSE TODD TEDESCO AND SHERIFF'S CORRECTIONAL OFFICER DEPUTY DIXON.

PLANTIFF DEVIN S[illegible] VS. DEFENDANTS, (SEE DEFENDANT LIST) | ORIGINAL COMPLAINT 42 U.S.C. 1983 | 12/25/24

1 ON 1/1/2024 I WAS TAKEN BY SJPD TO GOOD SAMARITAN HOSPITAL FOR X-RAYS OF A BROKEN FINGER. "DOE" NURSES/DR'S DENIED MY FINGER BEING BROKEN DESPITE IT BEING PERMINANTLY BENT AND UNABLE TO MOVE. I REQUESTED TO SEE THE X-RAYS AND WAS DENIED. DOE NURSE FAILED TO EFFECTIVLEY BRACE MY PINKY AND USED A WRONG METAL BRACE THAT WAS TOO LARGE AND DID NOT KEEP MY FINGER STRAIGHT.

2 DURING MY STAY AT SANTA CLARA MAIN JAIL, NURSES, DRS, ADDITIONALLY FAILED TO TREAT MY FINGER. ADDITIONAL X-RAYS WERE TAKEN ON 1/7/2024 BY MEDICAL DRS "CHRISTOPHER, JAY, NELSON" & "PETER PHAN". I WAS SEEN BY NURSES "RICHARD GUERO" ON 1/6/24 AT 10:54 PM & "LEAO ANTHONY MALLARI" ON 1/12/24 AT 2:54 PM WHO BOTH REPORTED FALSE/MALICOUSLY ABOUT MY FINGER NOT BEING RED, BROKEN, SWOLLEN IN THIER REPORTS.

3 SHORTLY AFTER ARRIVING AT MAIN JAIL MY BRACE WAS CONFISCATED AND I WAS ONLY PROVIDED MEDICAL TAPE/ADVIL WHICH WAS NOT EFFECTIVE IN KEEPING MY FINGER STRAIGHT. MY FINGER

BECAME INFECTED DUE TO UNSANITARY CELL CONDITIONS (URINE, FECES, FOOD) THAT I COULD NOT CLEAN WELL BECAUSE OF MY FINGER. IT WAS NOTICEABLY RED/PURPLE, SWOLLEN, ITCHY, STINKY, SKIN PEELING, IN PAIN, AND UNSTRAIGHT DUE TO INEFECTABLE TREATMENT ON THE DATE I WAS DISCHARGED ON 1/25/24.

4 AFTER I WAS RELEASED I WAS RE-EVALUATED AGAIN AND TOLD MY FINGER WAS BROKEN AND NEEDED TO BE BRACED FOR AN EXTENDED PERIOD OF TIME TO TRY TO STRAIGHTEN IT. BECAUSE IT HAD BECOME INFECTED/HEALED WRONG WHILE IN CUSTODY, MY FINGER IS STILL BENT AND SWOLLEN, AND I HAVE A DECREASED ABILITY IN USING IT AS IT IS STILL HARD TO BEND AND CAUSES PAIN WHEN I USE IT. I ALSO HAVE PARTIAL LOSS OF SENSORY/FEELING IN THE FINGER TO THIS DAY. IT HURTS TO WRITE OR GRAB THINGS OR JUST USE MY HAND WITH IT STILL DISABLED. I AM AGAIN IN CUSTODY AND IT FEELS STILL NOT FULLY HEALED AND I HAVE RECIEVED NO CARE FOR IT ON REQUEST.

ORIGINAL COMPLAINT 12/20/24
42 U.S.C 1983

5 I BELIEVE IN PARAGRAPHS 1,2,3, MY CONSTITUTIONAL RIGHTS WERE VIOLATED IN THE FIRST AND FOURTEENTH ADMENDMENTS, IN BEING DENIED ACCESS TO MY OWN X-RAY RESULTS UPON REQUEST OR A CHANCE TO REDRESS/GRIEVE SUCH DENIAL OR CARE, AND THE LACK OF EFFECTIVE TREATMENT, UNSANITARY CONDITIONS OF THE FACILITY DUE TO THIER OWN FAILURE OF POLICY OR STANDARDS UNDER TITLE 14 AND DELIBERATE INDIFFRENCE TO MY MEDICAL NEEDS.

6 I BELIEVE THE ENTITIES OF GOOD SAMARITAN HOSPITAL, AND SANTA CLARA COUNTY SHERIFFS OFFICE, AND OTHER STATE ACTORS SUCH AS GOOD SAMARITAN "DOE" DR.S / NURSES, DRS. CHRISTOPHER JAY NELSON & PETER PHAN, NURSES RICHARD GUERO & LEAO ANTHONY MALLARI ALONG WITH ENTITY SANTA CLARA VALLEY MEDICAL CENTER ARE RESPONSEABLE FOR THESE VIOLATIONS OF MY RIGHTS AS PEOPLE OR ORGANISATIONS ACTING UNDER THE COLOR OF STATE LAW OR WHOS FAILURE OF THIER OWN POLICYS VIOLATE FEDERAL LAW. IN ADDITION TO SANTA CLARA COUNTY

ORIGINAL COMPLAINT 02/28/24
42 U.S.C. 1983

FOR OVERSEEING THE SHERIFFS OFFICE AND SANTA CLARA COUNTY VALLEY MEDICAL

PLANTIFF
DEVIN SHAFFER
VS.
DEFENDANTS
(SEE DEFENDANT LIST)

ORIGINAL
COMPLAINT
42 U.S.C 1983

12/26/24

1 DURING MY STAYS AT SANTA CLARA COUNTY MAIN JAIL. I HAVE EXPERIENCED IN CUSTODY STAFF REPEATEDLY PURPOSLY SCHEDULE APPOINTMENTS ON DAYS I HAVE COURT NUMEROUSLY WHICH SEEMS LIKE TO AVOID TREATMENT OR DIAGNOSING CONCERNS FURTHER CAUSING ME TO SUFFER IN ADDITION TO BEING SKIPPED OR REFUSED FOR APPOINTMENTS WITHOUT MY CONSENT.

2 I HAVE ALSO TAKEN NUMEROUS BLOOD TESTS THAT HAVE RESULTED IN NUMEROUS INDICATIONS OF A SERIOUS CHRONIC INFECTION OR INJURY OR SIGNS OF CANCER WHICH WHEN ADDRESSING OR BRINGING TO THE ATTENTION OF, DR'S SEEM TO IGNORE, DOWNPLAY, OR DISREGUARD, TELLING ME IM FINE WHEN I CERTAINLY DONT FEEL OR EXPERIENCE SYMPTOMS THAT DO NOT INDICATE BEING FINE. THEY HAVE ALSO DENIED OR FAILED TO INVESTIGATE FURTHER

ORIGINAL COMPLAINT 12/25/24
42 U.S.C 1983

UPON REQUEST.

[3] THIS REFUSAL/RESCHEDULING FROM DEPUTYS HAS BEEN HAPPENING FOR YEARS SINCE 2018 ON MANY OCCASIONS FOR COURT AND MEDICAL. IN ADDITION TO SCHEDULING APPOINTMENTS ON DAYS I HAVE COURT OR BEING REFUSED COURT BY DEPUTYS, I WAS ALSO "DISCHARGED EARLY" VERY LATE AT NIGHT RIGHT BEFORE I HAD COURT ALLDAY. I WAS ADDMITED TO ADMINISTRATIVE HOUSING FORMERLY THE SECURITY HOUSING UNIT (SHU) ON 8/26/24 WHICH TAKES 45 DAYS UNTILL YOU ARE DISCHARGED, FOR SOME REASON I WAS DISCHARGED ON THE 43 DAY WHICH HAPPENED TO BE THE DAY I HAD 2 COURT DATES AND THEN COURT AGAIN TWO DAYS LATER. I WROTE A REQUEST EXPLAINING I WAS BEING DISCHARGED EARLY FOR SOME REASON AND TO WAIT UNTILL AFTER I HAD COURT BUT WAS

ORIGINAL COMPLAINT
42 U.S.C. 1983

12/25/24

DENIED AND STILL MOVED TWO DAYS EARLY. I BELIEVE THEM NOT FOLLOWING THIER GUIDELINES OF KEEPING ME FOR 45 DAYS AND DISCHARGING ME EARLY, ON THE NIGHT BEFORE I HAD COURT ALL DAY, THEY TRIED TO PROCURE AN INCIDENT OR WERE JUST TRYING TO MESS WITH MY WELLBEING.

4 PLEASE SEE APENDIX C FOR EVIDENTIAL PROOF 1-9

5 I BELIEVE THE STATE ACTORS AND THE ENTITYS THEY WORK FOR ARE RESPONSIBLE FOR THE VIOLATION OF MY 14TH CONSTITUTIONAL RIGHTS FOR NOT ADHERRING TO OR FOLLOWING THIER OWN STANDARDS POLICYS OR GUIDELINES